IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

AVA MARIA MCMAHON )
)
v. ) NO. 3:06-0011
) JUDGE CAMPBELL
BRIDGESTONE FIRESTONE, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No.17), dated March 28, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 17 ) is ADOPTED and APPROVED. Accordingly, Defendants' Motion to Dismiss is GRANTED in part and DENIED in part. Plaintiff's claims against Defendant Cortez are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE