IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| AVA MARIA MCMAHON ) | |
| ) | |
| v.  ) | NO. 3:06-0011 |
| ) | JUDGE CAMPBELL |
| BRIDGESTONE FIRESTONE, et al. ) | |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 29), and Plaintiff's Objections thereto (Docket No. 31). The Court has reviewed the Report and Recommendation, Plaintiff's Objections and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 25) is GRANTED, and this action is DISMISSED. The bench trial set for March 20, 2007, and the pretrial conference set for March 12, 2007, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE